IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOROTHY GROVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:04-0966 ) Judge Nixon ) Magistrate Judge Griffin |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff Dorothy Groves's Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 10) and Memorandum in Support (Doc. No. 11), to which the Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 18). On August 11, 2009, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 21), recommending that the Court deny Plaintiff's Motion. No objection has been filed. Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **DENIED** and the Defendant's decision is **AFFIRMED**.

It is so ORDERED.

Entered this the 27th day of August, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.